```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 01976
   INDIA P WELLS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6523

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 03/02/2006 and was confirmed 06/12/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 06/18/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE        NOTICE ONLY    NOT FILED            .00             .00
CITY OF CHICAGO WATER DE   SECURED           302.96            .00           82.16
OPTION ONE MORTGAGE        MORTGAGE ARRE    3785.88            .00         3785.88
WELLS FARGO BANK NA        NOTICE ONLY    NOT FILED            .00             .00
B-LINE LLC                 UNSEC W/INTER    5141.17         404.25          498.64
BANK FIRST                 UNSEC W/INTER NOT FILED            .00             .00
CARD SERVICE CENTER        UNSEC W/INTER NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED            .00             .00
B-LINE LLC                 UNSEC W/INTER    2666.64         209.69          258.63
PREMIER BANCARD CHARTER    UNSEC W/INTER     627.20          49.33           60.82
PREMIER BANCARD CHARTER    UNSEC W/INTER     390.04          28.45           28.01
JC PENNEY                  UNSEC W/INTER NOT FILED            .00             .00
LVN FUNDING LLC            UNSEC W/INTER NOT FILED            .00             .00
THE NEIGHBORHOOD           UNSEC W/INTER NOT FILED            .00             .00
B-LINE LLC                 UNSEC W/INTER    4172.05         328.04          404.66
DENNIS G KNIPP             DEBTOR ATTY     2,250.00                        2,250.00
TOM VAUGHN                 TRUSTEE                                           380.21
DEBTOR REFUND              REFUND                                              6.23

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 8,775.00

PRIORITY                                           .00
SECURED                                       3,868.04
UNSECURED                                     1,250.76
   INTEREST                                   1,019.76
ADMINISTRATIVE                                2,250.00
TRUSTEE COMPENSATION                            380.21

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 01976 INDIA P WELLS
```

```
DEBTOR REFUND                                                    6.23
                                      ---------------   ---------------
TOTALS                                       8,775.00          8,775.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 10/04/07                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE